IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. B-07-713 |
| ROSEMARY LOZANO | § | |

## O R D E R

BE IT REMEMBERED on this 11th day of December, 2007, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed August 24, 2007, wherein the defendant Rosemary Lozano waived appearance before this Court and appeared before the United States Magistrate Judge Felix Recio for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Rosemary Lozano to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. **The Court finds the Defendant Rosemary Lozano guilty of knowing and in reckless disregard that an undocumented minor alien had come to, entered and remained in the United States in violation of law, did transport and move, and attempt to transport and move this undocumented minor alien, within the United States, from near Brownsville, Texas to near Brownsville, Texas by means of a motor vehicle and on foot in furtherance of such violation of law, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(v)(ll).**

SIGNED this the 11th day of December, 2007.

Andrew S. Hanen
United States District Judge